ACCEPTED
03-15-00153-CR
4878823
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 11:41:33 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00153-CR

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **FRANCES ANITA ROBINSON** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 11:41:33 AM
JEFFREY D. KYLE
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellee was indicted by a grand jury on June 5, 2013 for the charge of Intoxication Manslaughter in CR2013-267. After Appellee's motion to suppress evidence was granted by the trial court on February 18, 2015, the State timely appealed pursuant to article 44.01 of the Code of Criminal Procedure, and a stay was granted by the Court of Appeals on March 20, 2015. The State timely filed its request for findings of fact and conclusions of law with the trial court on March 10, 2015. *See* Tex. R. Civ. P. 296. Out of an abundance of caution, the State timely filed its notice of past due findings of fact and conclusions of law on April 9, 2015, along with the State's proposed findings for the trial court. *See* Tex. R. Civ. P. 297.

1

## II.

Assistant District Attorney Daniel Palmitier is handling the appeal for the State in this case. When the State filed its notice of past due findings, *supra*, it was informed that the Defendant/Appellee had not yet provided her proposed findings and conclusions to the court. Under Texas Rule of Civil Procedure 297, said findings should be filed by April 20th. In addition to its need for the trial court's findings, Mr. Palmitier had several trials in recent weeks, including CR2014-031 from March 23rd to March 27th and CR2014-042 last week. Furthermore, Mr. Palmitier typically has multiple trial settings every week. Although Mr. Palmitier has already performed much of the necessary research, he has not yet been able to complete the State's brief. In light of the foregoing, the State respectfully requests an extension of 30 days to file its brief. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until May 14, 2015, so that Appellant's brief will fully, adequately and accurately present its case to the Honorable Court of Appeals.  This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for Appellant, the State of Texas, hereby certify that a true and correct copy of the above and foregoing *State's First Motion to Extend Time to File Brief* was sent to Defendant/Appellee FRANCES ANITA ROBINSON's attorney of record in this matter:

Mr. Charles Sullivan
csullivan@lawcsullivan.com
308 Campbell Dr.
Canyon Lake, TX 78133
Fax: 210-579-6448
*Attorney for Appellee on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov on this the 14th day of April, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3